**Electronically Filed
Supreme Court
SCWC-19-0000465
02-OCT-2020
07:56 AM**

SCWC-19-0000465

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

───────────────────────────────────

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellant,

vs.

MICAH VASCONCELLOS, Respondent/Defendant-Appellee.

───────────────────────────────────

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000465; CASE NO. 1DTA-18-02776)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Wong, assigned by reason of vacancy)

Petitioner/Plaintiff-Appellant's Application for Writ
of Certiorari, filed on August 28, 2020, is hereby accepted and
will be scheduled for oral argument.  The parties will be
notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, October 2, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Paul B.K. Wong

